| | | |
|---|---|---|
| MITSUI O.S.K. LINES LTD., | : | |
| | : | |
| Plaintiff, | : | Civil Action No: <u>1:21-CV-00275-CCB</u> |
| | : | |
| vs. | : | |
| | : | |
| XCOAL ENERGY & RESOURCES, a/k/a | : | |
| XCOAL ENERGY & RESOURCES L.P. a/k/a | : | |
| XCOAL ENERGY & RESOURCES LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, Mitsui O.S.K. Lines Ltd. ("Plaintiff"), through its counsel, Baker, Donelson,

Bearman, Caldwell & Berkowitz, P.C., and Tisdale & Nast Law Offices, LLC, hereby voluntarily

dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

By:    /s/  Jack R. Daley
Jack R. Daley  (CPF #0912150189)
jdaley@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
Tel: (401)-685-1120

By:    /s/ Thomas L. Tisdale
Thomas L. Tisdale (TT5263)
ttisdale@tisdale-law.com
TISDALE & NAST LAW OFFICES, LLC
200 Park Avenue, Suite 1700
New York, NY  10166

Tel:     212-354-0025
Admitted *pro hac vice*


*Attorneys for Plaintiff,*
*MITSUI O.S.K. LINES LTD.*

Dated: February 9, 2021